ACCEPTED
05-15-00360-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
6/3/2015 8:03:29 PM
LISA MATZ
CLERK

**CAUSE NO. 05-15-00360-CR**

*IN THE*
*COURT OF APPEALS*
*FIFTH DISTRICT OF TEXAS*
*AT DALLAS*

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
6/3/2015 8:03:29 PM
LISA MATZ
Clerk

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**KENNETH CONNORS,**

**Appellant**

**v.**

**THE STATE OF TEXAS**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

MOTION TO EXTEND TIME FOR FILING APPELLANT'S BRIEF

*TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:*

**COMES NOW** Kenneth Connors, Appellant herein, and respectfully submits this his Second Motion to Extend Time for Filing Appellant's Brief pursuant to the provisions of **TEX. RULE. APP. 38.6 (d)** and in support thereof would show the Court as follows:

I.

The brief is currently due to be filed on May 22, 2015.

II.

Appellant requests an extension of 12 days to June 3, 2015.

III.

Over the last several days counsel has been experiencing massive computer

failures which have now, hopefully, been resolved. The Brief is being tendered with this Motion.

III.

One previous extension motions has been presented or granted.

**WHEREFORE**, for the foregoing reasons appellant through counsel, respectfully requests that this Honorable Court grant this motion.

**Respectfully submitted,**

**/S/ Lawrence B. Mitchell**
**LAWRENCE B. MITCHELL**
**SBN 14217500**
**P.O. Box 797632**
**Dallas, Texas 75379**
**Tel. No.: 214.870.3440**
**E-mail: judge.mitchell@gmail.com**
**Attorney for Appellant**

CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of the foregoing brief is being served on the attorney for the Sate of Texas, Lori Ordiway by e-mail at lori.ordiway@dallascounty.org on this the 3rd day of June, 2015.

**/s/ Lawrence B. Mitchell**
**LAWRENCE B. MITCHELL**